02-11-106-CV













 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00106-CV

 

 


 
 
 Janet Luann Moran
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Marklin Melvin Jones
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE
415th District Court OF Parker
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered the parties’ “Rule 42.1(a)(2)(B) Motion To Remand For Entry Of
Settlement.”  It is the court=s
opinion that the motion should be granted; therefore, we set aside the trial
court=s
judgment without regard to the merits and remand this case to the trial court
for rendition of judgment in accordance with the parties’ agreement.  See Tex. R. App. P. 42.1(a)(2)(B); Innovative
Office Sys., Inc. v. Johnson, 911 S.W. 2d 387, 388 (Tex. 1995).

Costs of the appeal shall be paid by the
party incurring the same, for which let execution issue.  See Tex. R. App. P. 43.4.

 

PER
CURIAM

PANEL:  MCCOY, MEIER, and
GABRIEL, JJ.  

 

DELIVERED:  July 21, 2011











[1]See Tex. R. App. P. 47.4.